*Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.*

AUGUST 17, 2005
BRUCE RIFKIN, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON LEE SMITH, <br><br> Defendant. | CR05 5607FDB <br><br> INDICTMENT <br><br> 05-CR-05607-INDI |

The Grand Jury charges that:

## COUNT 1

(Possession of Methamphetamine with Intent to Distribute)

On or about January 28, 2005, at Fife, within the Western District of Washington, JASON LEE SMITH knowingly and intentionally did possess, with intent to distribute, methamphetamine, a substance controlled under Schedule II.

It is further alleged that this offense involved five grams or more of actual methamphetamine.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

\\

\\

\\

## COUNT 2

(Possession of a Firearm in Furtherance of Drug Trafficking)

On or about January 28, 2005, at Fife, within the Western District of Washington, JASON LEE SMITH, knowingly and intentionally did possess a firearm, to wit: a Smith and Wesson 9mm Luger pistol, serial number VZE5739, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession of Methamphetamine with Intent to Distribute as charged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

(Felon in Possession of a Firearm)

On or about January 28, 2005, at Fife, within the Western District of Washington, JASON LEE SMITH, having been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: Assault in the Third Degree, King County Superior Court, State of Washington, cause number 01-1-05002-4 on October 30, 2001; Malicious Mischief in the Second Degree, King County Superior Court, State of Washington, cause number 01-1-05002-4 on October 30, 2001; Forgery, King County Superior Court, State of Washington, cause number 02-1-05744-2 on May 9, 2003; Possession of Opium Derivatives, King County Superior Court, State of Washington, cause number 98-1-09876-3 on May 13, 2000; did knowingly possess a firearm, to wit: a Smith and Wesson

\\
\\
\\
\\
\\
\\
\\
\\

1 | 9mm Luger pistol, serial number VZE5739, which had been shipped and transported in
2 | interstate or foreign commerce.
3 |     All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

DATED:

Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
CARL BLACKSTONE
Assistant United States Attorney

_____
KENT Y. LIU
Special Assistant United States Attorney