JUDGE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON LEE SMITH,<br><br>    Defendant. | NO.  CR05-5607FDB<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to September 29, 2005.

DONE this 15th day of September, 2005.

_[signature]_
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTIONTO CONTINUE
PRETRIAL MOTIONS DEADLINE                1
CR05-5607(FDB)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1  Presented By:

2

3
   */s/ Miriam F. Schwartz*                              /s/Kent Liu
4  Miriam F. Schwartz                                    Kent Liu
   Attorney for Defendant                                Assistant United States Attorney
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTIONTO CONTINUE                                **FEDERAL PUBLIC DEFENDER**
PRETRIAL MOTIONS DEADLINE                    2                  **1331 Broadway, Ste. 400**
CR05-5607(FDB)                                                  **Tacoma, Washington  98402**
                                                                **(253) 593-6710**