JUDGE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>                         Plaintiff,   )<br>                                                       )<br>            vs.                                 )<br>                                                       )<br>JASON LEE SMITH,                   )<br>                                                       )<br>                         Defendant.   )<br>                                                       )<br>_____ ) | NO.  CR05-5607FDB<br><br>ORDER GRANTING STIPULATED<br>MOTION TO CONTINUE PRETRIAL<br>MOTIONS DEADLINE |

Upon stipulated motion of the parties for extension of the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be extended to October 4, 2005.

DONE this 3rd day of October, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

| | |
|---|---|
| */s/ Miriam F. Schwartz* | */s/Kent Liu* |
| Miriam F. Schwartz | Kent Liu |
| Attorney for Defendant | Assistant United States Attorney |

ORDER GRANTING MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE     2
CR05-5607(FDB)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**