JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JASON LEE SMITH, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR05-5607FDB <br><br> AMENDED ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, and that failure to grant the requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//

//

//

//

//

///

///

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE       1
*U.S. v. Smith*; CR05-5607FDB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1    IT IS HEREBY ORDERED that the trial date in this case be continued to January 17, 2006, with a Pretrial Conference scheduled for January 6, 2006.  The period of delay resulting from this continuance from the current trial date of October 24, 2005, up to and including the new trial date of January 17, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

    IT IS FURTHER ORDERED that the pretrial motions due date be extended to November 3, 2005.

    DONE this 7th day of October, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/   Miriam F. Schwartz
Miriam F. Schwartz
Attorney for Defendant

/s/   Kent Liu

Kent Liu
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE        2
U.S. v. Smith; CR05-5607FDB

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710