THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JASON LEE SMITH,<br><br>　　　　　　Defendant, | NO. CR05 5607FDB<br><br>STIPULATED MOTION AND ORDER FOR CONTINUANCE OF TRIAL DATE |

It is hereby stipulated by and between the United States of America, by Assistant United States Attorney, Kent Y. Liu, and the Defendant herein, Jason Lee Smith, by and through his attorney, Charles A. Johnston, that the trial date in the above entitled matter be continued from January 17, 2006, to the first available and convenient trial date on the Court calendar.

By the joint motion, the parties agree that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161 (h)(8)(A).  Proceeding to trial absent adequate time for the defense to

**STIPULATED MOTION AND ORDER - 1**

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

prepare would result in a miscarriage of justice. 18 U.S.C. § 3161 (h)(8)(B)(I). The defense needs to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for the trial itself on January 17, 2006. Finally, under 18 U.S.C. § 3161 (h)(8)(B)(iv), taking into account that to exercise a due diligence, a continuance is necessary to allow the Defendant the reasonable time for effective preparation for his defense.

DATED this _____ day of January, 2006.

Respectfully submitted,

By: _____
CHARLES A. JOHNSTON, WSB # 9058
Attorney for Defendant, Jason Lee Smith

*Telephonically Approved:*
*January 11, 2006*
By: _____
Kent Y. Liu
Assistant United States Attorney

ORDER

Before this Court is a stipulated Motion for Continuance of the trial date previously scheduled for January 17, 2006. The Court finds, based on the Affidavit of Counsel and after a consideration of all relevant information and the circumstances of this case, that without this continuance the Defendant will be prejudiced and the ability to properly prepare for trial would be impaired. Failure to grant a continuance under these circumstances would result in a miscarriage of justice. The ends of justice would best be served by granting the Motion for Continuance. The ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

For these reasons, the Court finds the Stipulated Motion for Continuance should be

**STIPULATED MOTION AND ORDER - 2**

granted. The trial date is hereby continued from January 17, 2006, to April 3, 2006. The resulting period of delay from January 17, 2006, up to and including the new trial date of April 3, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161 (h)(8)(A) and (B).

IT IS FURTHER ORDERED that the pretrial motions due date be extended to February 6, 2006.

DATED this 13th day of January, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

By:  _____
CHARLES A. JOHNSTON, WSB # 9058
Attorney for Defendant, Jason Lee Smith

*Telephonically Approved:*
*January 11, 2006*

By:  _____
KENT Y. LIU
Assistant United States Attorney

**STIPULATED MOTION AND ORDER - 3**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January _____, 2006, I electronically filed the foregoing Stipulated Motion and Order for Continuance of Trial Date with the Clerk of the Court using the CM/ECF, which will send notification of such filing to the following:

    Kent Y. Liu
    Assistant United States Attorney
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271

DATED this _____ day of January, 2006.

                          _____
                          SUZANNE FAKER
                          Legal Assistant

**STIPULATED MOTION AND ORDER - 4**

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090