UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>JASON LEE SMITH,<br><br>               Defendant. | Case No.  05-5607FDB<br><br>ORDER DENYING MOTION FOR A DETENTION HEARING |

      This matter comes before the undersigned on the defendant's Motion for Release Pending Sentencing, Dkt. #47.  This court has reviewed the attached declaration to the motion and notes that the declaration does not provide any new or different information than was initially available to the court at the initial detention hearing.  The only new information is that the defendant has now entered a plea of guilty and, at sentencing, faces a minimum sentence of five years of incarceration.  There appears to be no reason to hold another detention hearing and the motion for such a hearing is denied.

                                              DATED this 17th day of April, 2006.

                                              /s/ Karen L. Strombom
                                             Karen L. Strombom
                                             U.S. Magistrate Judge